# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 4193 | **DATE** | 10/19/2004 |
| **CASE TITLE** | Miroslaw Laguna vs. U.S. Dept. of Justice | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order. Laguna's motion seeking in forma pauperis status is denied without prejudice to his potential renewal of that issue before the Court of Appeals. Laguna's motion for appointment of counsel is denied as moot (again without prejudice to its presentation to the Court of Appeals for consideration).

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| ✓ | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | OCT 21 2004 date docketed | |
| | Docketing to mail notices. | | | 16 |
| | Mail AO 450 form. | U.S. DISTRICT COURT | rbf docketing deputy initials | |
| | Copy to judge/magistrate judge. | 2004 OCT 20 AM 11:30 | 10/19/2004 date mailed notice | |
| SN | courtroom deputy's initials | Date/time received in central Clerk's Office | SN6 mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MIROSLAW LAGUNA K-73065, )
 )
        Plaintiff, )
 )
v. ) Nos. 04 C 3697
 ) 04 C 4193
U.S. DEPARTMENT OF JUSTICE, )
IMMIGRATION AND NATURALIZATION )
SERVICE, etc., )
 )
        Defendant. )

DOCKETED OCT 21 2004

## MEMORANDUM ORDER

Miroslaw Laguna ("Laguna") has moved (1) for leave to appeal in forma pauperis and (2) for the appointment of counsel in connection with his appeal from this Court's summary dismissal of his petitions for habeas relief, by which he sought to avoid his proposed removal from the United States in what he claims to have been a violation of his rights. On September 29, 2004 this Court issued its statement as to certificate of appealability, explaining this Court's view as to why no such certificate should issue (but also making clear that Laguna was free to seek such a certificate from the Court of Appeals).

Although Laguna's affidavit that accompanies his motion for leave to appeal in forma pauperis demonstrates that he qualifies for such status from an economic point of view, the reasons that this Court set out in its August 27, 2004 memorandum opinion and order that rejected habeas relief essentially did so on the basis that his petition was frivolous in the legal sense. That being

so, this Court denies Laguna's motion seeking in forma pauperis status (again without prejudice to his potential renewal of that issue before the Court of Appeals).

As for the motion for appointment of counsel, here too Laguna qualifies financially for such relief. But given the just-stated ruling, that motion is denied as moot (again without prejudice to its presentation to the Court of Appeals for consideration).

                                                                          Milton I. Shadur
Senior United States District Judge

Date: October 19, 2004